THIS ORDER IS APPROVED.

Dated: March 1, 2017

_____
**Scott H. Gan, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TADES, INC.,<br><br>          Debtor. | In Proceedings under Chapter 11<br><br>Case No. 4:16-bk-12520-SHG<br><br>**ORDER CONVERTING CASE TO CHAPTER 7 PROCEEDING** |

This matter came before the Court pursuant to the United States Trustee's *Motion to Compel Debtor to Provide Requested Information or in the Alternative, to Convert or Dismiss this Case* (the "**Motion**"). The Court conducted a hearing regarding the Motion on February 7, 2017 (the "Hearing"). The parties present at the Hearing included the attorney for the Debtor, Amanda Fife, and counsel for the United States Trustee.

At the Hearing, the United States Trustee requested that the case be converted to a chapter 7 proceeding predicated primarily upon the concern that the Debtor had failed to obtain insurance coverage for the bankruptcy estate's property for over four months. The Debtor acknowledged its inability to obtain insurance coverage and requested additional time to secure an insurance policy. The United States Trustee agreed to a two week continuance of the matter, with the agreement that if the insurance coverage was not obtained, the case would be converted to a chapter 7 proceeding without further need of hearing.

1

The Court then Ordered at the Hearing that the Debtor has two weeks to obtain insurance coverage, and if not, counsel for the United States Trustee has the authority to upload a form of Order converting the case to a chapter 7 proceeding. *See* D.E. No. **34**.

On February 21, 2017, counsel for the Debtor informed the counsel for the United States Trustee that the Debtor was still unable to obtain the required insurance coverage. As of March 1, 2017, three weeks after the date of the Hearing, the Debtor has continued to fail to provide the United States Trustee with its proof of insurance coverage. Pursuant to the Court's Order of February 7, 2017, at the Hearing, the United States Trustee has uploaded this form of Order converting this case to a chapter 7 proceeding as previously authorized by the Court.

Based upon the representations of counsel and with good cause appearing,

IT IS ORDERED:

1. This case shall be immediately converted to a chapter 7 proceeding.

SIGNED AND DATED ABOVE

2