**THIS ORDER IS APPROVED.**

**Dated: August 23, 2017**

_____
**Scott H. Gan, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re:<br><br>TADES, INC.,<br><br>           Debtor. | (Chapter 7 Case)<br><br>No. 4:16-bk-12520-SHG<br><br>**ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE AGENT** |
|---|---|

     Upon consideration of the Trustee's Application to Employ Real Estate Agent and Declarations in support thereof ("Application"), and having noted the disclosures set forth therein,

     IT IS ORDERED granting the Application and Authorizing the Employment of Sheila A. Myers-Moore to assume the primary responsibility for the listing, marketing and selling of the real property of this Estate located in Pima County, Arizona, and more particularly described as follows: Parcel Nos. 134-01-004A and 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 ("Real Property") as more fully described in the Application and on the terms set forth in the Application.

     IT IS FURTHER ORDERED that no sale of the Real Property may be consummated until after appropriate notice is given to all creditors and parties in interest. *No commission will be paid without further court order approving the sale.*

     IT IS FURTHER ORDERED that approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the Court. Any request for a professional fee must be made separately, by a detailed application supporting the request, notice must be given to creditors and other parties-in-interest, and the

Court must have an opportunity to review any objections which any party may have. The Court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case pursuant to 11 U.S.C. §§ 327, 328, 329, 330, and 331.

**DATED AND SIGNED ABOVE**