LAW OFFICE OF
ETHAN STEELE, PC
1611 N. SWAN ROAD, #224
TUCSON, ARIZONA 85701
(520) 290-0729
PCC NO. 54852
ARIZ. BAR NO. 9312
ethansteelelaw@qwestoffice.net
Attorney for

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| TADES, INC.<br><br>                     Debtors,<br><br>DIVINVS BENEDICO LLC, an Arizona Limited Liability Company<br><br>                     Creditor | NO. **4:16-bk-12520**<br><br>**NOTICE OF CHANGE OF COUNSEL'S ADDRESS**<br><br>Assigned to: |

Ethan Steele, as counsel for Creditor Divinvs Benedico LLC, an Arizona Limited Liability Company hereby provides notice to Court, parties, and other counsel of his new office address as follows:

    Ethan Steele Law Office
    1661 N. Swan Road, Suite #224
    Tucson, AZ.  85712

The office's telephone # and e-mail addresses remain unchanged.

    DATED this 7th day of December, 2017.

                                                /s/    Ethan Steele
                                          ETHAN STEELE
                                          Attorney for Divinvs Benedico LLC